1  Christian Schreiber (Bar No. 245597)
2  christian@osclegal.com
   OLIVIER SCHREIBER & CHAO LLP
3  201 Filbert Street, Suite 201
4  San Francisco, California 94133
   Tel: (415) 484-0980
5  Fax: (415) 658-7758
6  Attorneys for Plaintiffs

7  MALCOLM A. HEINICKE (State Bar No. 194174)
   malcolm.heinicke@mto.com
8  ROHIT K. SINGLA (State Bar No. 213057)
   rohit.singla@mto.com
9  MARGARET G. MARASCHINO (State Bar No. 267034)
10 margaret.maraschino@mto.com
   LLOYD S. MARSHALL (State Bar No. 331566)
11 lloyd.marshall@mto.com
   MUNGER, TOLLES & OLSON LLP
12 560 Mission Street
   Twenty-Seventh Floor
13 San Francisco, California 94105-2907
14 Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
15 Attorneys for MAPLEBEAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY BAILEY, JENNIFER WICKLUND, CURTIS SMITH and CHRISTINA HEARN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MAPLEBEAR, INC., d/b/a Instacart, and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 4:20-cv-7677<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>State Complaint Filed: 9/16/2020<br>Removal Filed: 10/30/2020 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Casey Bailey, Jennifer Wicklund, Curtis Smith, and Christina Hearn ("Plaintiffs") and Defendant Maplebear Inc. dba Instacart ("Defendant"), through undersigned counsel, hereby stipulate to the dismissal without prejudice of the above-captioned action. Plaintiffs and Defendant shall bear their own costs and fees in this action.

**IT IS SO STIPULATED.**

DATED: February 5, 2021          OLIVIER, SCHREIBER & CHAO LLP


By: _____*/s/ Christian Schreiber*_____

Attorneys for PLAINTIFFS

DATED: February 5, 2021          MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Malcolm A. Heinicke*_____

Attorneys for DEFENDANTS

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Christian Schreiber, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 5, 2021          By:  */s/ Christian Schreiber*